54 F.3d 768
 Hiram R. Johnston, Jr.
v.
Robert M. Freeman, Supt., SCI Camp Hill, R.C. Smith, Deputy
Supt. of Operations, Terry W. Henry, Deputy Supt. of
Treatment, John A. Palakovich, Administrative Assistant to
Supt., Michael Kaisar, Director of Treatment, Capt. Keith,
Robert Komsisky, Lt., Charles Erickson, Lt., C.O. Henry,
C.O.I. Bray, C.O.I. Cywinski, C.O.I. Two Unknown Females,
Robert P. Casey, Ernest Preate, Attorney General of
Pennsylvania, Davis S. Owens, Commissioner
 NO. 94-7455
 United States Court of Appeals,
Third Circuit.
 Apr 12, 1995
 Appeal From: M.D.Pa., No. 89-cv-01863
 
 1
 REVERSED.